1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALFRED KING,                              No.  2:15-cv-2051 CKD P

12                   Plaintiff,

13        v.                                   ORDER

14   P. MEDINA, et al.,

15                   Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff has paid the filing fee.  In his complaint, plaintiff alleges violations of

19   his civil rights by defendants.  The alleged violations took place in Kings County, which is part of

20   the Fresno Division of the United States District Court for the Eastern District of California.  See

21   Local Rule 120(d).

22        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23   division of a court may, on the court's own motion, be transferred to the proper division of the

24   court.  Therefore, this action will be transferred to the Fresno Division of the court.

25        Good cause appearing, IT IS HEREBY ORDERED that:

26        1. This action is transferred to the United States District Court for the Eastern District of

27   California sitting in Fresno; and

28   /////

1

1      2.  All future filings shall reference the new Fresno case number assigned and shall be

2  filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

Dated:  October 6, 2015

_____

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
king2051.22

2