1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALFRED KING,                          No.  2:16-cv-2709 JAM CKD P

12                  Plaintiff,

13          v.                             ORDER

14   P. MEDINA, et al.,

15                  Defendants.

16

17          On April 5, 2017, plaintiff filed a motion for reconsideration of the order adopting the

18   magistrate judge's findings and recommendations and dismissing the complaint for failure to state

19   a claim.  (ECF No. 16.)  Local Rule 230(j) requires that a motion for reconsideration state "what

20   new or different facts or circumstances are claimed to exist which did not exist or were not shown

21   upon such prior motion, or what other grounds exist for the motion; and . . . why the facts or

22   circumstances were not shown at the time of the prior motion."  L.R. 230(j)(3)-(4).  Plaintiff's

23   motion merely restates the argument made in his objections.  (Compare ECF No. 13 with ECF

24   No. 16.)  This does not meet the requirements for a motion for reconsideration or warrant a

25   different outcome.

26   ////

27   ////

28   ////

Therefore, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 16) is denied.

DATED:   November 1, 2017

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE